UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK ZAMBON, ET AL.        ) | |
|                    *Plaintiffs*   ) | CASE NO. 1:18-cv-02065-JDB |
| v.                                          ) | JURY TRIAL DEMANDED |
| ISLAMIC REPUBLIC OF IRAN,  ) | |
|                    *Defendant.*  ) | |

**PRAECIPE**

Plaintiffs hereby provide notice of their attempt to serve Defendant Islamic Republic of Iran under 28 U.S.C. § 1608(a)(1)-(4), which governs service on foreign sovereign defendants and provides that service may be accomplished through any of four methods. The methods described in §§ 1608(a)(1)-(2) do not apply to this case, as no "special arrangement [for service] exists" between the United States and Iran, and Iran is not a party to an applicable "international convension on service documents." *See, e.g.*, *Bluth v. Islamic Republic of Iran*, 203 F. Supp. 3d 1, 18 (D.D.C. 2016).

Accordingly, on September 28, 2018, Plaintiffs commenced efforts to obtain service under 28 U.S.C. § 1608(a)(3) via international courier. Plaintiffs' counsel were advised by the Court Clerk's Office that counsel must apply for approval on the DHL Approved Shippers List because DHL was the only international shipper delivering to Iran. (*See* Jana McKee Decl. ¶ 3 (attached as Ex. A).) In the course of making such application, Plaintiffs' counsel's office was subsequently informed by telephone by DHL on November 8, 2018 that DHL had suspended all shipments to Iran, and on November 12, 2018 Plaintiffs' counsel's office received written confirmation that "Due to Commercial and Operational reasons, all services in and out of Iran

are suspended until further notice." (*Id.*; *see* Ex. B.)  It is not known when or if DHL will resume shipments to Iran.

As a consequence of the foregoing, as well as the passage of more than 30 days under § 1608(a)(3), Plaintiffs will now attempt service upon Defendant under § 1608(a)(4).

DATED: November 14, 2018				Respectfully submitted,


						BAILEY PEAVY BAILEY COWAN
						HECKAMAN  PLLC


						By: /s/ Robert W. Cowan
						       Robert W. Cowan
						       DC Bar No. TX0148
						       Marathon Oil Tower
						       5555 San Felipe Street, Suite 900
						       Houston, Texas 77056
						       Telephone:  (713) 425-7100
						       Facsimile:  (713) 425-7101
						       Email: rcowan@bpblaw.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: November 14, 2018				Respectfully submitted,


						/s/  Robert W. Cowan
						Robert W. Cowan