**PLAINTIFFS' AMENDED EXHIBIT LIST**
*Cabrera et al. v. Islamic Republic of Iran,* Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-1 | Expert Report of William F. Roggio (Oct. 4, 2021) | ✓ | 10/1/5 | ROGGIO | |
| PX-2 | Expert Witness Report Dr. Colin Clarke (Oct. 4, 2021) | ✓ | 10/1/5 | CLARKE | |
| PX-3 | Expert Report of Steven A. Wood, LTC, USA (Ret.) (Oct. 4, 2021) | ✓ | 10/1/5 | WOOD | |
| PX-4 | U.S. State Dep't. Country Reports on Terrorism 2004 (Apr. 2005) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-5 | U.S. State Dep't. Country Reports on Terrorism 2005 (Apr. 2006) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-6 | U.S. State Dep't. Country Reports on Terrorism 2006 (Apr. 2007) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-7 | U.S. State Dep't. Country Reports on Terrorism 2007 (Apr. 2008) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-8 | U.S. State Dep't. Country Reports on Terrorism 2008 (Apr. 2009) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-9 | U.S. State Dep't. Country Reports on Terrorism 2009 (Aug. 2010) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | ROGGIO | |
| PX-10 | U.S. State Dep't. Country Reports on Terrorism 2010 (Aug. 2011) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-11 | U.S. State Dep't. Country Reports on Terrorism 2011 (July 2012) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-12 | U.S. State Dep't. Country Reports on Terrorism 2012 (May 2013) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-13 | U.S. State Dep't. Country Reports on Terrorism 2013 (Apr. 2014) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-14 | U.S. State Dep't. Country Reports on Terrorism 2014 (June 2015) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-15 | U.S. State Dep't. Country Reports on Terrorism 2015 (June 2016) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-16 | U.S. State Dep't. Country Reports on Terrorism 2016 (July 2017) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-17 | U.S. State Dep't, Country Reports on Terrorism 2017 (Sept. 2018) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-18 | U.S. State Dep't, Country Reports on Terrorism 2018 (Oct. 2019) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-19 | U.S. State Dep't, Country Reports on Terrorism 2019 (June 2020) | ✓ | Pre-admitted 10/1/21 – Category 1 Country Reports | | |
| PX-20 | National Counterterrorism Center 2010 Report on Terrorism (April 30, 2011) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-21 | U.S. Dep't of Def., Enhancing Security and Stability in Afghanistan (Dec. 2015) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-22 | U.S. Dep't of Def., Enhancing Security and Stability in Afghanistan (Dec. 2016) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-23 | U.S. Dep't of Def., Enhancing Security and Stability in Afghanistan (Dec. 2017) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-24 | U.S. Dep't of Def., Enhancing Security and Stability in Afghanistan (Dec. 2018) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-25 | U.S. Dep't of Def., Enhancing Security and Stability in Afghanistan (Dec. 2019) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-26 | U.S. Dep't of Def., Enhancing Security and Stability in Afghanistan (Dec. 2020) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-27 | U.S. Dep't of Def., Enhancing Security and Stability in Afghanistan (June 2016) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-28 | U.S. Dep't of Def., Enhancing Security and Stability in Afghanistan (June 2017) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-29 | U.S. Dep't of Def., Enhancing Security and Stability in Afghanistan (June 2018) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-30 | U.S. Dep't of Def., Enhancing Security and Stability in Afghanistan (June 2019) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-31 | U.S. Dep't of Def., Enhancing Security and Stability in Afghanistan (June 2020) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-32 | U.S. Dep't of Def., Report on Enhancing Security and Stability in Afghanistan (June 2015) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-33 | U.S. Dep't of Def., Report on Progress Toward Security and Stability in Afghanistan (Apr. 2011) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-34 | U.S. Dep't of Def., Report on Progress Toward Security and Stability in Afghanistan (Apr. 2014) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-35 | U.S. Dep't of Def., Report on Progress Toward Security and Stability in Afghanistan (Dec. 2012) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-36 | U.S. Dep't of Def., Report on Progress Toward Security and Stability in Afghanistan (Jan. 2009) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-37 | U.S. Dep't of Def., Report on Progress Toward Security and Stability in Afghanistan (July 2013) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-38 | U.S. Dep't of Def., Report on Progress Toward Security and Stability in Afghanistan (June 2009) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-39 | U.S. Dep't of Def., Report on Progress Toward Security and Stability in Afghanistan (Nov. 2010) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-40 | U.S. Dep't of Def., Report on Progress Toward Security and Stability in Afghanistan (Nov. 2013) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-41 | U.S. Dep't of Def., Report on Progress Toward Security and Stability in Afghanistan (Oct. 2009) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-42 | U.S. Dep't of Def., Report on Progress Toward Security and Stability in Afghanistan (Oct. 2011) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-43 | U.S. Dep't of Def., Report on Progress Toward Security and Stability in Afghanistan (Oct. 2014) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-44 | U.S. Dep't of Def., Report on Progress Toward Security and Stability in Afghanistan and United States Plan for Sustaining the Afghanistan National Security Forces (Apr. 2010) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-45 | U.S. Dep't of Def., Report on Progress Toward Security and Stability in Afghanistan and United States Plan for Sustaining the Afghanistan National Security Forces (Apr. 2012) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-46 | U.S. Dep't of Defense, Unclassified Annual Report on Military Power of Iran (Apr. 2012) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-47 | U.S. Dep't of Defense, Unclassified Report on Military Power of Iran (Apr. 2010) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |
| PX-48 | United States Plan for Sustaining the Afghanistan National Security Forces (June 2008) | ✓ | Pre-admitted 10/1/21 – Category 2 Department of Defense | | |

PLAINTIFFS' AMENDED EXHIBIT LIST

*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)

BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-49 | WITHDRAWN – Army Regulation 15-6 Investigation – Army Captain ("Cpt.") Ryan Timoney (first half) | | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | | |
| PX-50 | WITHDRAWN – Army Regulation 15-6 Investigation – Army Captain ("Cpt.") Ryan Timoney (second half) | | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | | |
| PX-51 | Army Regulation 15-6 Investigation — Army Corporal ("CPL") Nicholas R. Roush ("Roush AR 15-6 Investigation") | ✓ | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | | |
| PX-52 | Army Regulation 15-6 Investigation – Vehicle Borne Improvised Explosive Device Attack on a US "Rhino Bus" ("AR 15-6 Rhino Bus Investigation") | ✓ | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | | |
| PX-53 | Army Regulation 15-6 Investigation Findings and Recommendations —Vehicle Patrol Base (VPB) Wanat Complex Attack and Casualties regarding First Lieutenant Jonathan Brostrom (July 13 2008) ("Brostrom AR 15-6 Investigation") | ✓ | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | | |
| PX-54 | Army Regulation 15-6 Investigator Findings and Recommendations — Vehicle Patrol Base (VPB) Wanat on 13 July 2008 regarding Sergeant Israel Garcia ("Garcia AR 15-6 Investigation") | ✓ | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | | |
| PX-55 | Army Regulation 15-6 Investigation Green on Blue Incident — Pekha Valley, Achin, Nangarhar Province June 10, 2017 ("AR 15-6 Green on Blue Incident") | ✓ | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | | |
| PX-56 | Army Regulation 15-6 Investigation IDF (Indirect fire) attack on BAF (Bagram Airfield) resulting in 4 x US KIA (killed in action) and 4 x US WIA (wounded in action) June 18, 2011 ("AR 15-6 Investigation Bagram IDF") | ✓ | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | Wood | |
| PX-57 | Army Regulation 15-6 Investigation RCI R (Recoilless Rifle) Attack resulting m 3 x US KIA 5 x US WIA, 1x US CAT A (July 13, 2013) ("AR 15-6 Recoilless Rifle Investigation") | ✓ | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | | |
| PX-58 | Army Regulation 15-6 Investigation regarding the hostile death of Specialist Joseph T. Caron, who was killed by an IED attack ("Caron AR 15-6 Investigation") | ✓ | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | | |
| PX-59 | Army Regulation 15-6 Investigates, Findings and Recommendations on the Deaths of CPT Jesse Ozbat and 2LT Tobias Alexander and all soldiers seriously injured on May 20, 2012 in the vicinity of the District Headquarters, Tann Kowt, Uruzgan Province ("Ozbat/Alexander AR 15-6 Investigation") | ✓ | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | Timoney | |
| PX-60 | Army Regulation 15-6 Report of Investigation – Crash of a CH-47 Aircraft in Wardak Province, Afghanistan on 6 August 2011 ("CH-47D Investigation") | ✓ | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | Wood | |
| PX-61 | Battle of Wanat 15-6 Fires Storyboard ("Wanat Fires Storyboard") | ✓ | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | | |
| PX-62 | Battle of Wanat 15-6 Investigation Storyboard (July 18, 2008) ("Wanat Story board") | ✓ | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | Wood | |
| PX-63 | Department of Army Form 1574, Report of proceeding by Investigating Officer (August 16, 2009) ("DA Form 1574") | ✓ | Pre-submitted 10/1/21 – Category 3 AR 15-6 Investigation | | |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-64 | Presentation of Army Regulation 15-6 Investigation to the Family of SGT William Bays ("AR 15-6 Bays Presentation") | ✓ | Pre-admitted 10/1/21 – Category 3 AR 15-6 Investigation | | |
| PX-65 | Presentation of Collateral Investigation Results to the Family of 1LT Jonathan P. Brostrom ("Brostrom Presentation of Collateral Investigation Results") | ✓ | Pre-admitted 10/1/21 – Category 3 AR 15-6 Investigation | Woods | |
| PX-66 | Media Note, U.S. State Dep't, State Department Terrorist Designations of Asa'ib Ahl al-Haq and Its Leaders, Qays and Laith al-khazali (Jan. 3, 2020) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-67 | Media Note, U.S. State Dep't, Terrorist Designation of Harakat al-Nujaba (HN) and Akram "Abbas al-Kabi (Mar. 5, 2019) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-68 | Press Release, U.S. State Dep't, Terrorist Designation of Ansarullah in Yemen (Jan. 10, 2021) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-69 | Press Release, U.S. Dep't of the Treasury, Treasury Designates Individual, Entity Posing Threat to Stability in Iraq (July 2, 2009) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-70 | Press Release, U.S. Dep't of Treasury, Treasury Sanctions Hizballah Leadership (Aug. 22, 2013) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-71 | Press Release, U.S. State Dep't, Designation of Haqqam Network Chief of Suicide Operations Qari Zakir (Nov. 5, 2012) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-72 | Press Release, U.S. State Dep't, Designation of Haqqani Network Commander Sangeen Zadran (Aug. 16, 2011) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-73 | Press Release, U.S. State Dep't, Fact Sheet: U.S. Treasury Department Targets Iran's Support for Terrorism Treasury Announces New Sanctions Against Iran's Islamic Revolutionary Guard Corps-Qods Force Leadership (Aug. 3, 2010) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-74 | Press Release, U.S. State Dep't, Fact Sheet Designation of the Islamic Revolutionary Guard Corps (Apr. 8, 2019) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | Roggio | |
| PX-75 | Press Release, U.S. State Dep't, Foreign Terrorist Organization, Designations by the Secretary of State (Oct. 8, 1999) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-76 | Press Release, U.S. State Dep't, Terrorist Designations of the al-Qaida Kurdish Battalions (Jan. 5, 2012) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-77 | Press Release, U.S. Treasury Dep't, Anti-Terrorism Designations/Kingpin Act Designations (July 22, 2010) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-78 | Press Release, U.S. Treasury Dep't, Anti-terrorism Designations, Libya Identifications, Libya Designation Removals, Zimbabwe Designation Removals, Libya General License (June 21, 2011) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-79 | Press Release, U.S. Treasury Dep't, Anti-terrorism Designations, Libya Sanctions Identifications (Mar. 22, 2011) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |

**PLAINTIFFS' AMENDED EXHIBIT LIST**
*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)
**BELLWETHER HEARING**

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-80 | Press Release, U.S. Treasury Dep't. Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism (Oct. 25, 2007) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | R. Cabri (?) | |
| PX-81 | Press Release, U.S. Treasury Dep't. Terrorist Designation of Abdul Aziz Haqqani (Aug. 25, 2015) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-82 | Press Release, U.S. Treasury Dep't. Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and their Iranian Supporters (Oct. 23, 2018) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-83 | Press Release, U.S. Treasury Dep't. Treasury Continues Efforts Targeting Terrorist Organizations Operating in Pakistan (Sept. 29, 2011) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-84 | Press Release, U.S. Treasury Dep't. Treasury Department Targets Key Haqqani Network Leaders (Feb. 5, 2014) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-85 | Press Release, U.S. Treasury Dep't. Treasury Designates Gulf-Based al Qaida Financers (June 5, 2008) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-86 | Press Release, U.S. Treasury Dep't. Treasury Designates Hizballah Commander Responsible for American Deaths in Iraq (Nov. 19, 2012) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-87 | Press Release, U.S. Treasury Dep't. Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism (Feb. 16, 2012) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-88 | Press Release, U.S. Treasury Dep't. Treasury Designates Iranian Qods Force General Overseeing Afghan Heroin Trafficking Through Iran (Mar. 7, 2012) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-89 | Press Release, U.S. Treasury Dep't. Treasury Designates Senior Al-Qa'ida Bomb Maker (June 6, 2013) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-90 | Press Release, U.S. Treasury Dep't. Treasury Designates Senior Al-Qa'ida Official and Terrorist Training Center Supporting Lashkar-E Tayyiba and the Taliban (Aug. 20, 2013) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-91 | Press Release, U.S. Treasury Dep't. Treasury Designates the IRGC under Terrorism Authority and Targets IRGC and Military Supporters under Counter-Proliferation Authority (Oct. 13, 2017) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-92 | Press Release, U.S. Treasury Dep't. Treasury Further Exposes Iran-Base Al-Qa'ida Network (Oct. 18, 2012) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-93 | Press Release, U.S. Treasury Dep't. Treasury Sanctions Key Hizballah, IRGC-QF Networks in Iraq (Nov. 13, 2018) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-94 | Press Release, U.S. Treasury Dep't. Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Crucial Transit Point (July 28, 2011) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-95 | Press Release, U.S. Treasury Dep't. Treasury Targets Networks Linked to Iran (Feb. 6, 2014) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |

PLAINTIFFS' AMENDED EXHIBIT LIST

*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)

BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-96 | Press Release, U.S. Treasury Dep't, Treasury Targets Taliban and Haqqani Network Leadership Treasury Designates Three Finances Operating in Afghanistan and Pakistan (July 22, 2010) | | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-97 | Press Release, U.S. Treasury Dep't, Treasury Targets Taliban Shadow Governor of Helmand Afghanistan as Narcotics Trafficker (Nov. 15, 2012) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-98 | Press Release, U.S. Treasury Dep't, Treasury Targets the Financial And Support Networks of Al Qa'ida and the Taliban, Haqqani Network Leadership (Feb. 9, 2011) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-99 | Press Statement of Secretary of State, Michael Pompeo, United States Takes Action to Counter Iranian Support of al-Qa'ida (Jan. 12, 2021) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-100 | Statement from the President on the Designation of the Islamic Revolutionary Guard Corps as a Foreign Terrorist Organization (Apr. 8, 2019) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-101 | U.S Treasury Dep't, Specially Designated Nationals List Update (Jan. 12, 2021) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-102 | WITHDRAWN – U.S. Department of the Treasury, press release, "Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and their Iranian Supporters" October 23, 2018 | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-103 | U.S. Department of the Treasury, press release "Treasury Sanctions Taliban and Haqqani Network Financers and Facilitators" January 25, 2018 | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-104 | U.S Department of the Treasury, press release, "Treasury Targets Al Qaida Operatives in Iran," January 16, 2009 | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-105 | WITHDRAWN – U.S Department of the Treasury, press release, "Treasury Designates Iranian Qods Force General Overseeing Afghan Heroin Trafficking Through Iran," March 7, 2012 | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-106 | U.S State Dep't. Report to Congress on the Haqqani Network (Sept. 7, 2012) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-107 | U.S Treasury, Dep't, Office of Foreign Assets Control, Anti-Terrorism Designations (Mar. 11, 2008) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-108 | U.S Treasury, Dep't, Treasury Designates Senior al-Qaida Leader in Afghanistan (Feb. 10, 2016) | ✓ | Pre-admitted 10/1/21 – Category 4 Press Releases/Designations | | |
| PX-109 | U.N Security Council, Seventh Report of the Analytical Support and Sanctions Monitoring Team Appointed Pursuant to Resolution 1526 (2004) and 1617 (2005) Concerning Al-Qaida and the Taliban and Associated Individuals and Entities (Nov. 29, 2007) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-110 | U.N Security Council, Sixth Report of the Analytical Support and Sanctions Monitoring Team Appointed Pursuant to Resolutions 1526 (2004) and 1617 (2005) Concerning Al-Qaida and the Taliban and Associated Individuals and Entities (Mar. 8, 2007) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-111 | U.N. Security Council Third Report of the Analytical Support and Sanctions Monitoring Team Appointed Pursuant to Resolution 1526 (2004) Concerning Al-Qaida and the Taliban and Associated Individuals and Entities (Sept. 9, 2005) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-112 | WITHDRAWN – Letter dated 20 May 2021 from the Chair of the Security Council Committee established pursuant to resolution 1988 (2011) addressed to the President of the Security Council, United Nations Security Council (June 1, 2021) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-113 | U.N. Security Council Resolution 1267 (Oct. 15, 1999) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-114 | U.N. Security Council Resolution 1386 (Dec. 20, 2001) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-115 | U.N. Security Council, Analysis and Recommendations with Regard to the Global Threat from Foreign Terrorist Fighters (May 19, 2015) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-116 | U.N. Security Council, Eighteenth Report of the Analytical Support and Sanctions Implementation Monitoring Team Submitted Pursuant to Resolution 1989 (2011) Concerning Al-Qaida and Associated Individuals and Entities (July 19, 2016) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-117 | U.N. Security Council Eighth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 1735 (2006) Concerning Al-Qaida and the Taliban and Associated Individuals and Entities (May 14, 2008) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-118 | U.N. Security Council Eighth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2255 (2015) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability, and Security of Afghanistan (May 25, 2017) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-119 | U.N. Security Council, Eleventh Report of the Analytical Support and Sanctions Implementation Monitoring Team Established Pursuant to Security Council Resolution 1526 (2004) and Extended by Resolution 1904 (2009) Concerning Al-Qaida and the Taliban and Associated Individuals and Entities (Apr. 13, 2011) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-120 | U.N. Security Council, Eleventh Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2501 (2019) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan (May 27, 2020) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-121 | U.N. Security Council, Fifteenth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2083 (2012) Concerning Al-Qaida and Associated Individuals and Entities (Jan. 23, 2014) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-122 | U.N. Security Council, Fifth Report of the Analytical Support and Sanctions Monitoring Team Appointed Pursuant to Resolution 1526 (2004) Concerning Al-Qaida and the Taliban and Associated Individuals and Entities (Sept. 20, 2006) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |

PLAINTIFFS' AMENDED EXHIBIT LIST

*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)

BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-123 | U.N. Security Council, Fifth Report of the Analytical Support and Sanctions Monitoring Team, Submitted Pursuant to Resolution 2160 (2014) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan (Dec. 11, 2014) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-124 | U.N. Security Council, First report of the Analytical Support and Sanctions Implementation Monitoring Team submitted pursuant to resolution 1988 (2011) concerning the Taliban and associated individuals and entities (Sept. 5, 2012) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-125 | U.N. Security Council, First Report of the Analytical Support and Sanctions Monitoring Team Appointed Pursuant to Resolution 1526 (2004) Concerning Al-Qaida and the Taliban and Associated Individuals and Entities (Aug. 25, 2004) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-126 | U.N. Security Council, Fourteenth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2083 (2012) Concerning Al-Qaida and Associated Individuals and Entities (Aug. 2, 2013) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-127 | U.N. Security Council, Fourth Report of the Analytical Support and Sanctions Monitoring Team Appointed Pursuant to Resolution 1526 (2004) Concerning Al-Qaida and the Taliban and Associated Individuals and Entities (Mar. 10, 2006) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-128 | U.N. Security Council, Fourth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2082 (2012) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan (June 10, 2014) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-129 | U.N. Security Council, Nineteenth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2253 (2015) Concerning ISIL (Da'esh), Al-Qaida and Associated Individuals and Entities (Jan. 13, 2017) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-130 | U.N. Security Council, Ninth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2255 (2015) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan (May 30, 2018) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-131 | U.N. Security Council, Ninth Report of the Analytical Support and Sanctions Monitoring Team, Submitted Pursuant to Resolution 1822 (2008) Concerning Al-Qaida and the Taliban and Associated Individuals and Entities (May 13, 2009) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-132 | U.N. Security Council, Report of the Analytical Support and Sanctions Monitoring Team on Specific Cases of Cooperation Between Organized Crime Syndicates and Individuals, Groups, Undertakings and Entities Eligible for Listing Under Paragraph 1 of Security Council Resolution 2160 (2014) (Feb. 2, 2015) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-133 | U.N. Security Council, Report of the Analytical Support and Sanctions Monitoring Team on the Outcome of the Review Described in Paragraph 25 of Resolution 1822 (2008) Submitted Pursuant to Paragraph 30 of Resolution 1904 (2009) (Sept. 29, 2010) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-134 | U.N. Security Council, Second Report of the Analytical Support and Sanctions Implementation Monitoring Team Submitted Pursuant to Resolution 1988 (2011) Concerning the Taliban and Other Associated Individuals and Entities (Dec. 31, 2012) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-135 | U.N. Security Council, Second Report of the Analytical Support and Sanctions Monitoring Team Appointed Pursuant to Resolution 1526 (2004) Concerning Al-Qaida and the Taliban and Associated Individuals and Entities (Feb. 15, 2005) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-136 | U.N. Security Council, Seventeenth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2161 (2014) Concerning Al-Qaida and Associated Individuals and Entities (June 16, 2015) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-137 | U.N. Security Council, Seventh Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2255 (2015) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan (Oct. 5, 2016) | | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-138 | U.N. Security Council, Sixteenth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2161 (2014) Concerning Al-Qaida and Associated Individuals and Entities (Oct. 29, 2014) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-139 | U.N. Security Council, Sixth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2160 (2014) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan (Aug. 26, 2015) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-140 | U.N. Security Council, Tenth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 1822 (2008) Concerning Al-Qaida and the Taliban and Associated Individuals and Entities (Oct. 2, 2009) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-141 | U.N. Security Council, Tenth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2255 (2015) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan (June 13, 2019) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-142 | U.N. Security Council, Third Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2082 (2012) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan (Nov. 11, 2013) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-143 | U.N. Security Council, Thirteenth Report of the Analytical Support and Sanctions Implementation Monitoring Team Submitted Pursuant to Resolution 1989 (2011) Concerning Al-Qaida and Associated Individuals and Entities (Dec. 31, 2012) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-144 | U.N. Security Council, Twelfth Report of the Analytical Support and Sanctions Implementation Monitoring Team, Submitted Pursuant to Resolution 1989 (2011) Concerning Al-Qaida and Associated Individuals and Entities (Oct. 1, 2012) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-145 | U.N. Security Council, Twentieth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2253 (2015) Concerning ISIL (Da'esh), Al-Qaida and Associated Individuals and Entities (Aug. 7, 2017) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-146 | WITHDRAWN - U.N. Security Council, Twenty-Eighth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2368 (2017) Concerning ISIL (Da'esh), Al-Qaida and Associated Individuals and Entities (July 21, 2021) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-147 | U.N. Security Council, Twenty-Fifth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2368 (2017) Concerning ISIL (Da'esh), Al-Qaida and Associated Individuals and Entities (Jan. 20, 2020) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-148 | U.N. Security Council, Twenty-First Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2368 (2017) Concerning ISIL (Da'esh), Al-Qaida and Associated Individuals and Entities (Feb. 27, 2018) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-149 | U.N. Security Council, Twenty-Fourth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2368 (2017) Concerning ISIL (Da'esh), Al-Qaida and Associated Individuals and Entities (July 15, 2019) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-150 | U.N. Security Council, Twenty-Second Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2368 (2017) Concerning ISIL (Da'esh), Al-Qaida and Associated Individuals and Entities (July 27, 2018) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-151 | U.N. Security Council, Seventh Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2368 (2017) Concerning ISIL (Da'esh), Al-Qaida and Associated Individuals and Entities (Feb. 3, 2021) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-152 | U.N. Security Council, Twenty-Sixth Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2368 (2017) Concerning ISIL (Da'esh), Al-Qaida and Associated Individuals and Entities (July 23, 2020) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-153 | U.N. Security Council, Twenty-Third Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2368 (2017) Concerning ISIL (Da'esh), Al-Qaida and Associated Individuals and Entities (Jan. 15, 2019) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-154 | WITHDRAWN - United Nations Analytical Support and Sanctions Monitoring Team, Eleventh Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2501 (2019) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan (2019) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-155 | WITHDRAWN - United Nations Analytical Support and Sanctions Monitoring Team, Fifth Report of the Analytical Support and Sanctions Monitoring Team, Submitted Pursuant to Resolution 2160 (2014) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan (2014) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-156 | WITHDRAWN - United Nations Analytical Support and Sanctions Monitoring Team, Fourth report of the Analytical Support and Sanctions Monitoring Team submitted pursuant to resolution 2082 (2012) concerning the Taliban and other associated individuals and entities constituting a threat to the peace, stability and security of Afghanistan (2014) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-157 | United Nations Assistance Mission in Afghanistan, Afghanistan Annual Report 2015 Protection of Civilians in Armed Conflict (February 2016) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-158 | United Nations Assistance Mission in Afghanistan, Afghanistan Protection of Civilians in Armed Conflict Annual Report 2018 (February 2019) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-159 | United Nations Office on Drugs and Crime, World Drug Report (2016) | | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-160 | United Nations Security Council, Letter dated 15 July 2021 from the Chair of the Security Council Committee pursuant to resolutions 1267 (1999) 1989 (2011) and 2253 (2015) concerning Islamic State in Iraq and the Levant (Da'esh), Al-Qaida and associated individuals, groups, undertakings and entities addressed to the President of the Security Council (July 21, 2021) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-161 | United Nations Security Council, Twelfth report of the Analytical Support and Sanctions Monitoring Team submitted pursuant to resolution 2557 (2020) concerning the Taliban and other associated individuals and entities constituting a threat to the peace stability and security of Afghanistan (June 1, 2021) | ✓ | Pre-admitted 10/1/21 – Category 5 United Nations reports | | |
| PX-162 | Declaration of Christopher Benjamin Perreault (July 27, 2021) | ✓ | Pre-admitted 10/1/21 – Category 6 Declarations | | |
| PX-163 | Declaration of Sergeant Eric M. Hunter (Oct. 9, 2021) | ✓ | Pre-admitted 10/1/21 – Category 6 Declarations | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-164 | Declaration of Forrest McLean II (Chief Warrant Officer 4) (Oct. 3, 2021) | ✓ | Pre-admitted 10/1/21 – Category 6 Declarations | | |
| PX-165 | Declaration of Sergeant Major Ruben Arriaga (August 27, 2021) | ✓ | Pre-admitted 10/1/21 – Category 6 Declarations | | |
| PX-166 | U.S. Dep't of Defense Tactical Reporting (2007) | | | | |
| PX-167 | U.S. Dep't of Defense Tactical Reporting (January 9, 2008) | | | | |
| PX-168 | U.S. Dep't of Defense Tactical Reporting (July 28, 2010) | | | | |
| PX-169 | U.S. Dep't of Defense Tactical Reporting (July 9, 2008) | | | | |
| PX-170 | U.S. Dep't of Defense Tactical Reporting (June 19, 2008) | | | | |
| PX-171 | U.S. Dep't of Defense Tactical Reporting (June 5, 2007) | | | | |
| PX-172 | U.S. Dep't of Defense Tactical Reporting (Mar. 22, 2009) | | | | |
| PX-173 | U.S. Dep't of Defense Tactical Reporting (Mar. 3, 2008) | | | | |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran*,  Case No. 19-cv-03835-JDB [D.D.C.]
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-174 | U.S. Dep't of Defense Tactical Reporting (Mar. 30, 2008) | | | | |
| PX-175 | U.S. Dep't of Defense Tactical Reporting (Mar. 7, 2008) | | | | |
| PX-176 | U.S. Dep't of Defense Tactical Reporting (May 13, 2007) | | | | |
| PX-177 | U.S. Dep't of Defense Tactical Reporting (May 27, 2007) | | | | |
| PX-178 | U.S. Dep't of Defense Tactical Reporting (May 7, 2007) | | | | |
| PX-179 | U.S. Dep't of Defense Tactical Reporting (Oct. 16, 2007) | | | | |
| PX-180 | U.S. Dep't of Defense Task Force 66 Reporting | | | | |
| PX-181 | Record 09 - U.S. Dep't of Defense Ops Report Event (May 13, 2007) | | | | |
| PX-182 | Record 11 - U.S. Dep't of Defense Ops Report Event (May 27, 2007) | | | | |
| PX-183 | Record 12 - U.S. Dep't of Defense Ops Report Event (June 5, 2007) | | | | |
| PX-184 | Record 14 - U.S. Dep't of Defense Ops Report Event (Jan. 9, 2008) | | | | |
| PX-185 | Record 15 - U.S. Dep't of Defense Ops Report Event (Apr. 16, 2007) | | | | |
| PX-186 | Record 16 - U.S. Dep't of Defense Ops Report Event (Oct. 16, 2007) | | | | |
| PX-187 | Record 19 - U.S. Dep't of Defense Ops Report Event (May 30, 2008) | | | | |
| PX-188 | Record 20 - U.S. Dep't of Defense Ops Report Event (June 19, 2008) | | | | |
| PX-189 | Report Key - U.S. Dep't of Defense Ops Report Event (Dec. 30, 2007) | | | | |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran,* Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-190 | "Storyboard" Cabrera 29 OCT 2011 SVBIED Kabul_Redacted | ✓ | 10/19/21 | Weiss D | |
| PX-191 | Afghanistan: Assessing The Road Ahead, Hr'g Before the U.S. Senate Committee on Foreign Relations, S. Hr'g 111-479 (Dec. 3, 2009) (statement of Hillary Rodham Clinton, Sec'y of State, U.S. State Dep't) | | | | |
| PX-192 | Bin Laden's Bookshelf: Office of the Director of National Intelligence | | | | |
| PX-193 | C-IED Management Board Presentation Powerpoint (Nov. 7, 2007) | | | | |
| PX-194 | Counter Insurgency Targeting Program – Afghanistan, Iranian Influence in Uruzgan (March 8, 2011) | ✓ | 10/18/21 | R. Clarke D | |
| PX-195 | Counter Insurgency Targeting Program Afghanistan – San Mountain (May 19, 2010) | | | | |
| PX-196 | Defense Intelligence Agency Intelligence Information Report (redacted), The Assassination of Massoud Related To 11 September Attack, George Washington University Archives | | | | |
| PX-197 | Defense Intelligence Agency, Home Made Explosives (Aug. 2012) | | | | |
| PX-198 | Defense Intelligence Agency, Iran Military Power: Ensuring Regime Survival and Securing Regional Dominance (2019) | ✓ | 10/18/21 | R. Clarke D | |
| PX-199 | Defense Intelligence Agency, Iraq: Iran-Backed Shia Militia Responsibility for U.S. Casualties (Jan. 25, 2019) | ✓ | 10/18/21 | D. Clarke D | |
| PX-200 | Defense Intelligence Agency, Location and Activities of the Training Centers Affiliated with the Haqqani Network, Taliban, and Al Qaeda in Northern Waziristan and Future Plans and Activities of Sirajuddin (Haqqani), Intelligence Information Report (Apr. 2008) | | | | |
| PX-201 | U.S. Dep't of Defense, JTF-GTMO Detainee Assessment of Abdul Razak (Oct. 22, 2004) | | | | |
| PX-202 | U.S. Dep't of Defense, JTF-GTMO Detainee Assessment of Haji Hamidullah (Apr. 23, 2008) | | | | |
| PX-203 | U.S. Dep't of Defense, Map Facilitation Networks Farah, Herat, and Badghis (May 08, 2012) | | | | |
| PX-204 | Email from SMART Archive to SMART CORE re Terrorism Finance Designation of Gulf-Based Al-Qaida Financers (Feb. 17, 2020) | | | | |

**PLAINTIFFS' AMENDED EXHIBIT LIST**
*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-205 | Email from swesmatth to SMART Core re   Terrorism Finance   Designation of Three Taliban and Haqqani Financers (July 30, 2010) | | | | |
| PX-206 | Email from swesmatth to SMART Core re   TERRORISM FINANCE  DESIGNATION OF TALIBAN FINANCIAL FACILITATORS KHALIL AL-RAHMAN HAQQANI AND SAID JAN ABD AL-SALAM (Mar 10, 2011) | | | | |
| PX-207 | Eric Parks, Iranian Weapons Smuggling Activities in Afghanistan (Unclassified), JIEDDO J2 Open Source Augmentation and Analysis Cell (Aug 2012) | ✓ | :0١١٨/٢, | ٢.٢٢٤.١٥ | |
| PX-208 | Fact Sheet IED Attack  Improvised Explosives Dep t of Homeland Security (last published Apr 4, 2019) | | | | |
| PX-209 | Fact Sheet, U.S. State Dep't Bureau of South Asian Affairs The Taliban And The Afghan Drug Trade Released (Dec  20  2009) | | | | |
| PX-210 | FBI History, East African Embassy Bombings | | | | |
| PX-211 | FBI Most Wanted, Abdullah Ahmed Abdullah | | | | |
| PX-212 | FBI Most Wanted, Saif al-Adel | | | | |
| PX-213 | FBI, Wanted by the FBI  $1 Million Reward in Overseas Kidnapping Cases (Kevin King) | | | | |
| PX-214 | GLN Petraeus, SECDEF WEEKLY UPDATE 05-11 AUGUST 2007 | | | | |
| PX-215 | Ian S. Livingston & Michael O Hanlon  Afghanistan Index Also including selected data on Pakistan, The Brookings Inst (May 14, 2014) | | | | |
| PX-216 | IED and Explosive Effects Fundamentals, DHS MITG-253 (Ver  4), Dep't of Homeland Security, Office for Bombing Prevention | | | | |
| PX-217 | International Security Assistance Force Joint Command, press release, "Forces kill insurgents in Afghanistan airstrike," March 29, 2011 | | | | |
| PX-218 | Joint IED Defeat Organization Counter IED Operations/Intelligence Integration Center, Logar Province Analysis (Dec  3, 2012) | | | | |
| PX-219 | MNCI, Iranian Activity Executive Summary (June 8, 2007) | | | | |
| PX-220 | Most Wanted  Sirajuddin Haqqani, The Federal Bureau of Investigation, accessed on June 1, 2020 | ✓ | \١٥١١٨/٢١ | ٢.٢٢٤.١٥ | |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-221 | Multinational Corps-Iran, Counter-IED Operational Integration Center, JAM Special Groups Assessment (Aug. 9, 2007) | ✓ | 10.19.21 | 12 Coccomb | |
| PX-222 | National Counterterrorism Center, "Counterterrorism Guide: Haqqani Network" (n.d., accessed July 29, 2020) | | | | |
| PX-223 | National Counterterrorism Center, Counterterrorism Guide: Herb-e-Islami Gulbuddin (n.d., accessed July 29, 2020) | | | | |
| PX-224 | National Counterterrorism Center, Counterterrorism Guide: Afghan Taliban (n.d., accessed on October 27, 2020) | | | | |
| PX-225 | National Ground Intelligence Center Counter Insurgency: Targeting Program, IRGC – QF Influence and Relations with the Taliban in Southwestern and Western Afghanistan (Apr. 24, 2011) | | | | |
| PX-226 | WITHDRAWN - National Ground Intelligence Center Counter Insurgency Targeting Program, IRGC – QF Influence and Relations with the Taliban in Southwestern and Western Afghanistan (Apr. 24, 2011) | | | | |
| PX-227 | National Ground Intelligence Center Counter Insurgency: Targeting Program, Map IRGC Smuggling Networks Farah (May 2, 2011) | ✓ | 10.19.21 | 12 Coccomb | |
| PX-228 | National Ground Intelligence Center Counter Insurgency Targeting Program, Miscellaneous Analytical Product: Regional Command-Southwest/West Lethal Aid Facilitation (Aug. 1, 2014) | ✓ | 10.19.21 | 12 Coccomb | |
| PX-229 | National Ground Intelligence Center Counter Insurgency: Targeting Program, RJ13-S-2589 Kabul Province Facilitation Quick Look (July 10, 2013) | ✓ | 10.19.21 | 12 Coccomb | |
| PX-230 | Nations Security Council, Ahmed Jan Wazir (Jan. 6, 2012) | | | | |
| PX-231 | Office of the Historian, U.S. State Dep't, The Iranian Hostage Crisis | | | | |
| PX-232 | Press Release, Office of the Press Secretary, Fact Sheet Elections in Afghanistan (Oct. 8, 2004) | | | | |
| PX-233 | Press Release, U.S. Security Council, Security Council Committee Adds One Individual to Taliban Section of Consolidated List (Sept. 14, 2007) | | | | |
| PX-234 | Press Release, U.S. Dep't of Defense, Afghan, Coalition Forces Kill Insurgents in Logar Province (Feb. 20, 2013) | | | | |
| PX-235 | Press Release, U.S. State Dep't, Statement by Secretary Michael R. Pompeo, Celebrating the Release of American and Australian Hostages (Nov. 19, 2019) | | | | |
| PX-236 | Press Release, U.S. State Dep't, Rewards for Justice  Reward Offers for Information on Haqqani Network Leaders (Aug. 20, 2014) | | | | |

**PLAINTIFFS' AMENDED EXHIBIT LIST**

*Cabrera et al. v. Islamic Republic of Iran,* Case No. 19-cv-03835-JDB (D.D.C.)

BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-237 | Press Release, U.S. Treasury Dep't, U.S. and Saudi Arabia to Co-Chair New Terrorist Financing Targeting Center (May 21, 2017) | | | | |
| PX-238 | Press Statement, U.S. State Dep't, Revocation of the Terrorist Designations of Ansarullah (Feb. 12, 2021) | | | | |
| PX-239 | Press Statement, U.S. State Dep't, Rewards for Justice: Sirajuddin Haqqani (Mar. 25, 2009) | | | | |
| PX-240 | Rewards for Justice, Wanted  Sirajuddin Haqqani | | | | |
| PX-241 | Rewards for Justice, Wanted  Abdul Zakir | | | | |
| PX-242 | Rewards for Justice, Wanted  Muhammad Abbatay ( Abd al-Rahman al-Maghrebi) | | | | |
| PX-243 | Significant Attacks Against U.S. Diplomatic Facilities and Personnel 1998-2013, (Washington, DC: United States Department of State Bureau of Diplomatic Security, 2014) | | | | |
| PX-244 | Silver Star Citation, First Lieutenant Jonathan P. Brostrom ("Brostrom Silver Star") | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-245 | Statement by the U.S. Dep't of Defense (Jan. 2, 2020) | | | | |
| PX-246 | Statement of Secretary of State, Michael Pompeo, The Iran-al-Qeada Axis, U.S. Embassy in Georgia (Jan. 12, 2021) | | | | |
| PX-247 | Suicide Attacks in Afghanistan (2001-2007), United Nations Assistance Mission to Afghanistan, (Sept. 1, 2007) | | | | |
| PX-248 | Sven Mikser, General Rapporteur, NATO Parliamentary Assembly, Transition in Afghanistan  Assessing the Security Effort (Oct. 2011) | | | | |
| PX-249 | TEDAC Technical Exploitation Unit (TEXU)  Assorted Items (Q4, Q6-7, Q9-16) – Technical Exploitation Data Report, FBI Laboratory Number 120703718-Part 5, CEXC Number AF 3612-BAF//2 (Revision 1) (Aug. 15, 2012) (at FBI0000004, Figure 1  (U) Vest, Ball Bearings, Glue, Document (Q4)) | | | | |
| PX-250 | TEDAC Technical Exploitation Unit (TEXU)  ICOM IC-V8 FM Transceiver (Q5) – Technical Exploitation Analysis Report, FBI Laboratory Number 120703718-Part 3, CEXC Number AF 3612-BAF//2 (Revision 1) (Aug. 15, 2012) (at FBI0000015, Figure 1  (U) Device Submitted to TExU-Quantico) | | | | |
| PX-251 | The 9/11 Commission Report (July 22, 2004) | | | | |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-252 | Translated Letter from Osama bin Laden to Karim (Oct. 18 2007), Office of the Director of National Intelligence, Bin Laden's Bookshelf | ✓ | 10/19/21 | [handwritten] | |
| PX-253 | U S Army US Army ethnolinguistic map of Afghanistan – September 2001 | | | | |
| PX-254 | U N Assistance Mission in Afghanistan (UNAMA), Afghanistan Midyear Report 2016, Protection Of Civilians In Armed Conflict (July 2016) | | | | |
| PX-255 | U N Security Council Abdul Aziz Abbasin (Oct. 4, 2011) | | | | |
| PX-256 | U S Army Combat Studies Institute, Wanat Combat Action in Afghanistan, 2008, Combat Studies Institute Press (2010), ("Wanat 2010 Report") | ✓ | 10/19/21 | [handwritten] | |
| PX-257 | U S State Dep t, Iran Action Group Outlaw Regime A Chronicle of Iran's Destructive Activities (2020), ("Outlaw Regime") | | | | |
| PX-258 | U S Department of Justice press release. "Mansoor Arbabsiar Sentenced in New York City Federal Court to 25 Years in Prison for Conspiring with Iranian Military Officials to Assassinate the Saudi Arabian Ambassador to the United States," May 30, 2013 | | | | |
| PX-259 | U S State Dep t, U S Engagement with the Taliban on Usama bin Laden," June 2001 | | | | |
| PX-260 | U S State Dep't Mem 17 STATE 56471 re New Iran Policy Guidance for Posts (Oct 13, 2017) | | | | |
| PX-261 | U S State Dep t, State Sponsors of Terrorism | | | | |
| PX-262 | United Nations Office of Drugs and Crime, The Global Afghan Opium Trade A Threat Assessment (July 2011) | | | | |
| PX-263 | United Nations Security Council "Abdul Qadeer Basir Abdul Baseer" (first listed on Jan 25, 2001) | | | | |
| PX-264 | United Nations Security Council, Abd-al-Hamid al-Masli (Nov 26, 2013) | | | | |
| PX-265 | United Nations Security Council, Nasruddin Haqqani (July 20, 2010) | | | | |
| PX-266 | United States Army, ADP 6-0 Mission Command Command and Control of Army Forces (July 2019) | | | | |
| PX-267 | USCENTCOM, Unclassified Executive Summary (June 18, 2009) | | | | |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-268 | Victim Operated Improvised Explosive Device (VOIED) Recognition Guide – Afghanistan (Home Made Explosives (HME), March 2011 (1st Ed.) | | | | |
| PX-269 | Benson, Darrin - DD1300 Report of Casualty | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-270 | Bogar, Jason - Certificate of Death | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-271 | Bogar, Jason - DD 1300 Report of Casualty | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-272 | Bogar, Jason - DD214 Certificate of Release or Discharge | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-273 | Brostrom, Jonathan - Certificate of Death | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-274 | Brostrom, Jonathan - DA Form 67-9 Officer Evaluation Report | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-275 | Brostrom, Jonathan - DD 1300 Report of Casualty | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-276 | Cabrera, David - DD 1300 Report of Casualty | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-277 | Caron, Joseph - Certificate of Death | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-278 | Darrough, James - DD 1300 Report of Casualty | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-279 | Ellis, Robert - DA 1300 Report of Casualty | ✓ | 10/19/21 | Wood | CONFIDENTIAL – FILED UNDER SEAL |
| PX-280 | Garcia, Israel - Certificate of Death | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-281 | Garcia, Israel - DD 1300 Report of Casualty | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-282 | Garcia, Israel - Military Record | ✓ | 10/19/21 | Wood | CONFIDENTIAL – FILED UNDER SEAL |
| PX-283 | Hovater, Jason - Certificate of Death | | | | CONFIDENTIAL – FILED UNDER SEAL |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-284 | Hunter, Eric - DD214 Certificate of Release or Discharge | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-285 | Hunter, Eric - Purple Heart Award | ✓ | 10/19/21 | ددد | CONFIDENTIAL – FILED UNDER SEAL |
| PX-286 | King, Kevin - Patient Discharge Summary - Landstuhl Regional Medical Center (Dec. 02, 2019) | ✓ | 10/19/21 | ناع | CONFIDENTIAL – FILED UNDER SEAL |
| PX-287 | King, Kevin - Passport | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-288 | Taliban video, Taliban Release new video Timothy Weekes [sic] and Kevin King New Massage [sic]. (Jan 17, 2017), ("King Hostage Video") | ✓ | 10/19/21 | ناع | |
| PX-289 | Transcript of Taliban video, Taliban Release new video Timothy Weekes [sic] and Kevin King New Massage [sic]. (Jan 17, 2017) | ✓ | 10/19/21 | ناع | |
| PX-290 | Taliban video, Taliban Released New Videos of Two Prisoners Taliban hostages Kevin King And Timothy Weeks (June 16, 2017) ("Second King Hostage Video") | ✓ | 10/19/21 | ناع | |
| PX-291 | Transcript of Taliban video, Taliban Released New Videos of Two Prisoners Taliban hostages Kevin King And Timothy Weeks (June 16, 2017) | ✓ | 10/19/21 | ناع | |
| PX-292 | Lemon, Jared - VA Medical File - DDG-HEI (Nov. 21, 2011 to Feb. 10, 2012) | ✓ | 10/18/21 | LEMON | CONFIDENTIAL – FILED UNDER SEAL |
| PX-293 | Lemon, Jared - Medical Images | ✓ | 10/18/21 | LEMON | CONFIDENTIAL – FILED UNDER SEAL |
| PX-294 | Lemon, Jared - Birth Certificate | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-295 | Lemon, Jared - Purple Heart Award | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-296 | Lemon, Jared - DD214 Certificate of Release or Discharge | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-297 | WITHDRAWN - Lemon, Jared - Family Pictures | | | | |
| PX-298 | Nichols, Bryan - DA 1569 Transcript of Military Record | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-299 | Ratzlaff, Thomas - Certificate of Death | | | | CONFIDENTIAL – FILED UNDER SEAL |

PLAINTIFFS' AMENDED EXHIBIT LIST
*Cabrera et al. v. Islamic Republic of Iran*,  Case No. 19-cv-03835-JDB (D.D.C.)
BELLWETHER HEARING

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Confidentiality |
|---|---|---|---|---|---|
| PX-300 | Timoney, Ryan - VA Medical File - DDG-HFL (Feb 9, 2015) | ✓ | 10/19/21 | TIMONEY | CONFIDENTIAL – FILED UNDER SEAL |
| PX-301 | Timoney, Ryan - Medical Images and Video | ✓ | 10/19/21 | TIMONEY | CONFIDENTIAL – FILED UNDER SEAL |
| PX-302 | Timoney, Ryan - Birth Certificate | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-303 | Timoney, Ryan - Purple Heart Award | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-304 | Timoney, Ryan - DD214 Certificate of Release or Discharge | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-305 | WITHDRAWN - Timoney, Ryan - Family Pictures | | | | |
| PX-306 | Vaughn, Aaron - DD 1300 Report of Casualty | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-307 | Vickers, Kraig - Certificate of Death | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-308 | Wildman (Cabrera) August - Family Pictures | ✓ | 10/26/21 | CABRERA | CONFIDENTIAL – FILED UNDER SEAL |
| PX-309 | Wildman (Cabrera), August - Birth Certificate | | | | CONFIDENTIAL – FILED UNDER SEAL |
| PX-310 | Wildman (Cabrera), August - Marriage License | ✓ | 10/26/21 | CABRERA | CONFIDENTIAL – FILED UNDER SEAL |
| PX-311 | Wildman (Cabrera), August - Order for Name Change (Apr. 9, 2021) | ✓ | 10/26/21 | CABRERA | CONFIDENTIAL – FILED UNDER SEAL |