IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK ZAMBON, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　　Defendant. | Case No. 1:18-cv-02065-JDB |
| ISAAC BLUNT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　　Defendant. | Case No. 1:19-01696-JDB |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Elisa Patterson (*Zambon* First Am. Compl. at ¶ 65 (Dkt. 105)), E. P., by and through her legal guardian, Elisa Patterson, (*id.* at ¶ 67), M. P., by and through his legal guardian, Elisa Patterson, (*id.*), Ariadna Simental (*id.* at ¶ 74), M. S., by and through her legal guardian, Ariadna Simental, (*id.* at ¶ 75), A. S., by and through her legal guardian, Ariadna Simental, (*id.*), M. A. S., by and through her legal guardian, Ariadna Simental, (*id.*) hereby voluntarily dismiss without prejudice all their claims in *Zambon v. Islamic Republic of Iran*. This dismissal is only on behalf of those Plaintiffs, and has no effect upon the claims asserted by other Plaintiffs.

In addition, Plaintiffs Desty Boatright as the legal representative of the estate of Michael Boatright (*id.* at ¶ 12 (Dkt. 105)), Hyesuk Jerak as the legal representative of the estate of Ivica Jerak (*id.* at ¶ 43), and Sheena McCloud as the legal representative of the estate of Christopher McCloud (*id.* at ¶ 59), hereby voluntarily dismiss without prejudice all claims asserted on behalf of the respective estates in *Zambon v. Islamic Republic of Iran*.  This dismissal is only on behalf of those Plaintiffs and has no effect on the claims asserted by the other Plaintiffs, including those brought by Desty Boatright, Hyesuk Jerak, and Sheena McCloud in their individual capacities.

Finally, Plaintiffs Al. A., a minor represented by her legal guardian Daniel Alderman (*Blunt* First Am. Compl. at ¶ 9 (Dkt. 108)), Mindy Myers (*id.* at ¶ 26), M. M., a minor represented by his legal guardian Mindy Myers (*id.* at ¶ 27), B. P., a minor represented by his legal guardian Mindy Myers (*id.*), Z. M., a minor represented by his legal guardian Mindy Myers (*id.*), Alek Le (*id.* at ¶ 28), and Landon Le (*id.* at ¶ 29), hereby voluntarily dismiss without prejudice all their claims in *Zambon v. Islamic Republic of Iran*.  This dismissal is only on behalf of those Plaintiffs, and has no effect upon the claims asserted by other Plaintiffs.

DATED:  April 23, 2024                                        Respectfully submitted,

                                                                                BAILEY COWAN HECKAMAN PLLC

                                                                                /s/ *Robert W. Cowan*
                                                                                Robert W. Cowan
                                                                                DC Bar No. TX0148
                                                                                1360 Post Oak Blvd., Suite 2300
                                                                                Houston, Texas 77056
                                                                                Washington, DC 20006-1238
                                                                                Telephone: (713) 425-7100
                                                                                Facsimile: (713) 425-7101
                                                                                rcowan@bchlaw.com

WILLKIE FARR & GALLAGHER LLP

Michael J. Gottlieb
DC Bar No. 974960
Devin Charles Ringger
DC Bar No. 1044160
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
DRingger@willkie.com

Nicholas Reddick
D.C. Bar No. 1670683
333 Bush St
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
NReddick@willkie.com

SPARACINO PLLC

Ryan R. Sparacino
DC Bar No. 493700
Eli J. Kay-Oliphant
DC Bar No. 503235
1920 L Street, NW, Suite 535
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ *Robert W. Cowan*
Robert W. Cowan
